# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS O'BRIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>BLOOMS TODAY FAMILY OF BRANDS, et al.,<br><br>                    Defendants. | No. 3:12-cv-30041-MAP<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that plaintiff Thomas O'Brien, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this action, with prejudice, as to *all* defendants.

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), all the defendants being dismissed have neither filed an answer nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41 is therefore appropriate.

DATED: November 20, 2012            THE MEHDI FIRM

                                                        /s/ Azra Z. Mehdi
                                    AZRA Z. MEHDI (admitted *pro hac vice*)

One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8039
Fax:  415/293-8001

Counsel for Plaintiff

Joseph E. White, III (Bar No. 648498)
SAXENA WHITE P.A.
63 Atlantic Avenue
Boston, MA  02110
Telephone:  800/361-5096
jwhite@saxenawhite.com

Local Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to participants as identified on the Notice of Electronic Filing (NEF) on November 20, 2012.

THE MEHDI FIRM

/s/ Azra Z. Mehdi
AZRA Z. MEHDI (admitted *pro hac vice*)

One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8039
Fax:  415/293-8001

Counsel for Plaintiff